**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: December 02, 2009

## Minute Entry



*Randolph J. Haines*
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

*Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | ROB LOYD THOMSON |
| **Case Number:** | 2:09-bk-16981-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

*Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOAN SERVICING

**R / M #:** 29 / 0

*Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

*Proceedings:*

Mr. McDonald requested a continuance of this hearing advising he believes parties will agree to a 6 month cure order.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 25, 2010 AT 10:00 AM.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE